# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Mattie Crystal Atkins,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:24-cv-00045-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Henderson County Detention Center,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2024 Order.

April 1, 2024

_____
Katherine Hord Simon, Clerk
United States District Court